AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Anthony James,<br>*Plaintiff*<br>v.<br><br>Ms. Leggins, Mailroom Coordinator; David Tatarsky, SCDC General Counsel; Jon Ozmint, Former SCDC Director,<br>*Defendants* | )<br>)<br>)<br>)<br>) | Civil Action No.   1:14-cv-01161-TMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Anthony James, shall take nothing of the defendants; Ms. Leggins, David Tatarsky, Jon Ozmint, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:   July 11, 2014                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                             s/A. Buckingham
                                                                  _____
                                                                  *Signature of Clerk or Deputy Clerk*